1070

No. 1757, Misc. BUSHNELL v. CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 1758, Misc. MOORE v. ILLINOIS. C. A. 7th Cir. Certiorari denied.

No. 1759, Misc. BARAN v. NEW YORK. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied.

No. 1760, Misc. WITHERSPOON v. ILLINOIS ET AL. C. A. 7th Cir. Certiorari denied.

No. 1762, Misc. KEANE v. CUCURELLO. Sup. Ct. Conn. Certiorari denied.

No. 1769, Misc. BROWN v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 1777, Misc. HOOD v. RICE ET AL. Ct. App. Ga. Certiorari denied. *G. Seals Aiken* for petitioner. *A. C. Latimer* for respondents.

No. 1780, Misc. CRAGG v. CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 1795, Misc. WALKER v. UNITED STATES. C. A. 5th Cir. Certiorari denied. *Stanley Jay Bartel* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson,* and *Beatrice Rosenberg* for the United States.

No. 1852, Misc. McWILLIAMS v. UNITED STATES. C. A. 8th Cir. Certiorari denied. *Bernard J. Mellman* for petitioner. *Solicitor General Griswold* for the United States.